# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Alacrity Renovation Services, LLC**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:16-cv-00206-FDW-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Stanton F. Long | ) | |
| James David Gibbs | | |
| Gibbs & Long, LLC | | |
| Alacrity Services, LLC | | |
| Klipspringer Holdings, Inc. | | |
| Coterminus Solutions, LLC | | |
| Genesis Solutions Design, LLC**,** | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court on Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 2, 2016 Order.

Signed: August 3, 2016

_____
Frank G. Johns, Clerk
United States District Court